Argued November 2, decided November 28, 1911.

### SMITH *v.* FISER.

[118 Pac. 1118.]

From Malheur: DALTON BIGGS, Judge.

This is a proceeding by *habeas corpus* commenced by the plaintiff, Jessie Smith, against her sister, Kate Fiser, and her father, J. M. Brown, to recover the custody and control of her daughter, Margaret Potter. Upon trial the court made and rendered a decree in favor of the defendants, and plaintiff appeals.     AFFIRMED.

For appellant there was a brief over the names of *Messrs Hayes & Crandall,* with an oral argument by *Mr. George W. Hayes.*

For respondents there was a brief over the names of *Messrs. McCulloch, Soliss & Duncan,* with an oral argument by *Mr. Robert M. Duncan.*

Opinion PER CURIAM. After a careful consideration of the testimony, we are of the opinion that the decree of the circuit court is correct, and it is therefore affirmed.
                                                  AFFIRMED.